IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Auth Token LLC,** | Case No. 1:25-cv-04704 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Citizens Financial Group, Inc.,** | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: June 9, 2025
New York, New York

Ronnie Abrams
United States District Judge